**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BENJAMIN WELLER,

        Plaintiff,

   vs.

SSA Commissioner,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 25-cv-10009-RMI

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME**

Re: Dkt. No. 13

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 35-day extension of time, from February 19, 2026, to March 26, 2026, for Plaintiff's Opening Brief.

This is Plaintiff's first request for an extension of time. Good cause exists for this extension. Plaintiff respectfully requests this additional time because counsel is a solo attorney and has multiple administrative hearings as well as three other district court briefs due in this time frame. This request is made in good faith and with no intention to unduly delay the proceedings. The brief will be filed as soon as possible.

Defendant does not oppose this request for an extension of time. The parties further stipulate that the deadline for Defendant's opposition brief will be extended accordingly.

Stip. to Extend Time & ~~Prop~~. Order; 25-cv-10009-RMI    1

Respectfully submitted,

Dated:  February 12, 2026          */s/ Katherine R. Siegfried*

KATHERINE R. SIEGFRIED
Attorney for Plaintiff

Dated:  February 12, 2026          CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

*/s/ Erin Highland* (*as authorized via email)
Erin Highland
Special Assistant U.S. Attorney
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Katherine Siegfried, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

By:*/s/Katherine Siegfried*
Katherine Siegfried
Attorney for the Plaintiff

ORDER

Pursuant to stipulation, Plaintiff's request for an extension of time of thirty-five (35) days to file the Opening Brief in a Social Security matter is granted.

Dated:  February 17, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge