UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WELLER,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  1:25-cv-10009-RMI<br><br>~~PROPOSED~~ ORDER AND FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |

Defendant, the Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for an extension from April 20, 2026 to May 20, 2026 to file is response to Plaintiff's motion for summary judgment. There is good cause because undersigned counsel has recently returned from leave and needs additional time to perform a defensibility review.

With this extension, the Commissioner would have until May 20, 2026, to file a responsive brief. Plaintiff's optional reply would be due within 14 days of service of defendant's opposition or counter-motion (on or before June 3, 2026).

The undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

DATED: April 8, 2026

          *s/ Katherine R. Siegfried*
          KATHERINE R. SIEGFRIED
          (as authorized by email on 4/7/25)
          Attorney for Plaintiff

CRAIG H. MISSAKIAN
United States Attorney

DATED: April 8, 2026                    By    *s/ Marcelo Illarmo*
                                               MARCELO ILLARMO
                                               Special Assistant United States Attorney

                                               Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation of the parties, it is so ordered. Defendant shall have until May 20, 2026, to file a responsive brief.

DATE:  April 9, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

2