UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BENJAMIN W.,
Plaintiff,

v.

SSA COMMISSIONER, et al.,
Defendants.

Case No. 25-cv-10009-RMI

**JUDGMENT**

On October 27, 2026, the court entered an order resolving a Social Security appeal. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California